UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dorothy Parrish,

      Plaintiff,                      Civil No.07-1924 (RHK/AJB)

vs.                               **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

Wyeth, a/k/a Wyeth, Inc., f/k/a
Americn Home Products Corporation,
et al.,

      Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: April 18, 2007

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge